UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THERESA A. PICKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:21-cv-00069 |
| v. | ) |
| | ) |
| DUFFIE D. HAYES and QUALITY CARRIERS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, removing parties DUFFIE D. HAYES and QUALITY CARRIERS, INC., by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Removing parties, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to it, state as follows:

## VENUE

1. Removal to the Northern District of Indiana, Hammond Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Hammond Division, embraces the County of Porter, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On February 22, 2021 removing party Quality Carriers, Inc. was served by certified mail with a Summons and Complaint in the above-entitled action at the offices of its registered

agent for service of process in Indiana, Corporation Service Company. Therefore, removal is timely under 28 U.S.C. § 1446(b)(1).

## STATE COURT PROCEEDINGS

3. On February 10, 2021, Plaintiff Theresa A. Pickett (hereinafter "Plaintiff") filed her Complaint in the above-entitled action against Defendants, Duffie D. Hayes and Quality Carriers, Inc., in the Porter County Superior Court in the State of Indiana, Cause No. 64D01-2102-CT-001272, and is now pending therein.

4. On or about February 16, 2021, Defendants filed an Attorney Appearance, Jury Demand and Motion for Enlargement of Time to File Responsive Pleading in the Porter County Superior Court in the above-entitled action.

5. On or about February 17, 2021, the Porter County Superior Court issued an Order Granting Defendant's Motion for Enlargement of Time to File Responsive Pleading.

6. On or about February 22, 2021, Plaintiff filed a Notice of Return of Service for Defendant, Quality Carriers, Inc.

7. No further proceedings have been had in the Porter County Superior Court.

8. Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

9. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

10. Plaintiff is a citizen of the State of Indiana.

11. Defendant, Duffie D. Hayes, is a citizen of the State of Mississippi.

12. Quality Carriers, Inc. is a Florida corporation. The principal place of business for Quality Carriers, Inc. is 1208 East Kennedy Boulevard, Suite 132, Tampa, Florida 33602. Thus, for purposes of diversity jurisdiction, Quality Carriers, Inc. is a citizen of Florida.

13. There is complete diversity of citizenship between the parties named in this case.

14. Plaintiff's Complaint does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. Plaintiff sustained injuries as an alleged result of the incident forming the basis of her Complaint.

   b. Plaintiff alleges said injuries are permanent.

   c. Plaintiff's counsel has conveyed his belief that the case's value will exceed that amount.

15. Based upon the injuries and damages alleged, Plaintiff seeks recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiff of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

16. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Hammond Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000 exclusive of interest and costs.

## STATUTORY REQUIREMENTS

17. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiff's Appearance, Complaint, Summonses, Defendants' Appearance, Jury Demand, Motion for Enlargement of Time, Order Granting Motion for Enlargement of Time, and Return of Service.

18. A copy of this Notice of Removal has been filed in the Porter County Superior Court and Plaintiff has been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, removing parties DUFFIE D. HAYES and QUALITY CARRIERS, INC., by counsel, respectfully request that the above-entitled action be removed from the Porter County Superior Court to the United States District Court for the Northern District of Indiana, Hammond Division.

**LEWIS WAGNER, LLP**

By: s/ *Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, 2021, a copy of the foregoing **Notice of Removal** was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

Michael E. Polen, Jr.
RUBINO, RUMAN, CROSMER & POLEN, LLC
275 Joliet Street, Suite 330
Dyer, IN  46311
mpolen@rubinoruman.com
***Counsel for Plaintiff***

/s/ *Robert R. Foos, Jr.*
ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:   317-237-0500
Facsimile:    317-630-2790
rfoos@lewiswagner.com