| STATE OF INDIANA | ) | IN THE PORTER _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PORTER | ) | _____, INDIANA |

| THERESA A. PICKETT, | ) |  |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | CAUSE NO.: |
| | ) | |
| DUFFIE D. HAYES and | ) | |
| QUALITY CARRIERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now the plaintiff, Theresa A. Pickett, by counsel, Michael E. Polen, Jr., of Rubino, Ruman, Crosmer and Polen, LLC, and for her cause of action against the defendants, Duffie D. Hayes and Quality Carriers, Inc., states as follows:

1. That on December 22, 2020 at approximately 2:40 p.m., the plaintiff was operating her vehicle northbound on State Road 49 approaching the intersection at Barley Road in Valparaiso, Porter County, Indiana.

2. That at said time and place, the defendant, Duffie D. Hayes, was operating a semi-tractor and trailer owned by the defendant, Quality Carriers, Inc., southbound on State Road 49 approaching the intersection at Barley Road in Valparaiso, Porter County, Indiana.

3. That at said time and place, the defendant, Duffie D. Hayes, was the agent, servant, and/or employee of the defendant, Quality Carriers, Inc.

4. That at said time and place, the defendant, Duffie D. Hayes, was at fault in causing his vehicle to collide with plaintiff's vehicle.

5. That the defendant, Quality Carriers, Inc., in addition to being vicariously responsible for their agent's negligence, was negligent, reckless, and willful and wanton in the hiring, supervising, training and retention of the defendant, Duffie D. Hayes.

6. That as a direct and proximate result of said fault and negligence and recklessness by the defendants, the plaintiff, Theresa A. Pickett, sustained injuries, some of which may be permanent, incurred medical expenses, economic loss and was otherwise damaged.

WHEREFORE, the plaintiff seeks compensatory damages which will reasonably compensate her, plus costs, including attorneys' fees for any frivolously asserted affirmative defenses, prejudgment interest and any other proper relief.

/s/ Michael E. Polen, Jr.
MICHAEL E. POLEN, JR., #25052-45
Rubino, Ruman, Crosmer & Polen, LLC
Attorneys for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

/s/ Michael E. Polen, Jr.
MICHAEL E. POLEN, JR., #25052-45
Rubino, Ruman, Crosmer & Polen, LLC
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
mpolen@rubinoruman.com
Attorneys for Plaintiff